# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

### COMPLAINT FORM

NOV 3 2025 PM2:15
FILED-USDC-CT-HARTFORD

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Anna Sullivan
v.

Jeff Bezos

Case No. _____
(To be supplied by the Court)

Full names of Defendant(s)
(Do not use *et al.*)

**A. PARTIES**

1. Anna Sullivan is a citizen of Connecticut who
   (Plaintiff)                              (State)
   presently resides at 211 Girard Ave Hartford, CT 06105
   (mailing address)

2. Defendant Jeff Bezos is a citizen of Miami
   (name of first defendant)                 (State)
   whose address is 11 Indian Creek Island Rd. Miami, FL 33154

3. Defendant _____ is a citizen of _____
                     (name of second defendant)                                    (State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants,
continue on a blank sheet which you should label "A. PARTIES." Be sure to include
each defendant's identity and complete address.)

## B. JURISDICTION
The jurisdiction of this court is invoked pursuant to: (list statute(s))

_____ N/A _____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

Please see attached documents.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

Claim I: _____ please see attached document

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Claim II: _____ please see attached document

Supporting Facts:

**E. REQUEST FOR RELIEF**

WHEREFORE, plaintiff demands: (state the relief you seek)

$1 Trillion from each party or entire net worth.

**F. JURY DEMAND**

Do you wish to have a jury trial?   Yes         No

_____
Original signature of attorney (if any)

_____
Printed Name

(   )
Attorney's full address and telephone

Email address if available

**Plaintiff's Original Signature**

Printed Name

*Anna Sullivan*

(860) 692.4147
Plaintiff's full address and telephone
211 Girard Ave
Hartford, CT 06105
Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at __Hartford, CT__ on __October 20, 2024__
                        (location)                                    (date)

_____
**Plaintiff's Original Signature**

(Rev.3/29/16)

5

Anna Sullivan vs.


Jeff Bezos
Jerome Powell
Mark Bezos
Elon Musk
Kimbal Musk
Mark Zuckerberg
Lauren Sanchez Bezos
MacKenzie Scott
Miguel Bezos
Jacklyn Bezos Estate
John Larson
Ned Lamont
Teddy Lamont
Christina Bezos
Anne Lamont
Susan Bysiewicz
Charlie Munger
Warren Buffet
Vladimir Putin
Xi Jinping
William Tong
Erick Russell
CT Governor's Military Staff
Hartford Superior Court-Civil/Criminal
Hartford Criminal Court
City of Hartford
State of Connecticut
State Capital
Kamala Harris
Kentaji Brown
Town of West Hartford
West Hartford Police
Preston Bezos
The Kardashian Family
The Jenner Family
CT Ambulance
The CT Medical Industry

Hunter Biden
Joseph Biden
Normani Hamilton
Judge Stuart Rosen
The United States District Court

Complaint

To the Court,

1. I was unable to show up to court for the case of Anna Sullivan vs Anne Lamont on February 12, 2025 at Hartford Court. My eyes were attacked by the hidden tumor in my brain. The bend of the tumor was crushed in at the moment and pinched my eyes. It is very common for brain tumors to be difficult to deal with or remove as a very specific process. This prevents me from working as well as being blacklisted for whistleblowing. I had no choice but to report them if I was being hurt as well as me witnessing them hurt others as I was pinned. This is wrong for them to create this vulnerability to me. I had to practice humility while being humiliated. I would also like to create a change to prevent this for the public. These are extremists, so they built the situation and the system this way so that I couldn't go another direction or have money with noticeable injury that is not accepted in society for me to work. I don't have enough to pay and I was hurt by the government in which I am exempt from paying any fees for this matter. I should not have to pay to receive help.

2. I was vesseled by the American Government Jerome Powell's team to receive and sue for Jeff Bezos' money as he caught him trying to flirt and sexually harass me through their CIA system and then tried to take my ideas and designs as he was already so used to doing that for years. That is how he made all of his money, so he was addicted to doing so for so long. I received mentor support from Jerome Powell and Mark Bezos to sue and get through against Jeff Bezos Academy of Science and Innovationthrough the CIA system which is for people that they choose. They have a data line process that they hide from the public as it's only for their authority system.

3. The day that I had court at 95 Washington st. Hartford, CT I was hit in my head through Jeff Bezos satellite system and couldn't see or open my eyes. I was attacked by him to not show up to court and would like the chance to have my court case taken seriously and receive relief as the situation continued to get worse. I was not aware that I would not be helped faster without waiting for court. I expected at the least for the authorities to stop the predators and the situation so I wouldn't get hurt. I would like to be considered as an actual person instead of a product. I would like to be acknowledged and respected so that I am able to be considered to live. That was taken away and I would like that to be acknowledged. I apologize if it seemed out of the ordinary to do that as it was just simply an emergency injury. It took me a lot just to get out of the home and was unaware that I could've requested to have a zoom hearing which really would've helped me at the time.

4. These individuals hired a criminal defense team as a hidden celebrity crew at Normani Hamilton's house in a secret service structured way so that it could seem frivolous or too sick to show up. I was unable to fully read as much or quickly at the time because the point of them was damaging my brain through a brain tumor so that I could be devalued and disabled.

5. I wasn't offered immediate help by any authority and all I asked for was this stop at first. Nothing happened as I received zero relief.

6. I was threatened and condescended at the Attorney General's office when I told and by the Criminal court building.

7. It's not my job to convince you of the American's extremist industry that they are in, which there is proof that the Connecticut and United States government

8. The police in Connecticut watched me get hurt and consistently reported to them about the issue as confirmed and told me to tell the FBI, the State's attorney's office or criminal court instead of helping me.

9. This could've already been resolved.

10. They did a criminal defense system against me to devoid me. I would like empathy towards my situation. I have been unable to work and blacklisted from working. The fact that I told and reported them made them attack and damage me more.

11.  Jerome Powell, Mark and Jeff Bezos forced me out of the workforce because they couldn't stand to see me get attacked, followed and sexually harassed every single day. They just couldn't stand it anymore and hacked me out of the job and told me to sue and join them.

12. Kamala Harris was in the system and was only trying to play around, flirt and have sex on the job against her white husband, in which she was displeased with. Kamala Harris was the main subject trying to murder me because she was excluded from the Presidency for her hidden ways.

13.  Mark Bezos is blackmailing Kamala Harris for cheating on her husband with him by begging him to flirt and meet up just because of her  wanting the same attention from her that he gave to me. Mark Bezos wouldn't cheat with her in person and forced her to be enraged with jealousy.

14. MacKenzie Scott is completely insane after she lost her marriage to Jeff Bezos. She bothered me everyday to decapitate my brain so that Jeff wouldn't pay more money to me than what she received from her divorce settlement.

15. Lauren Sanchez has a machine in Jeff Bezos' basement that she likes to sneak while he works and talk to me for "woman talk" and tells me Jeff's secrets and flaws and constantly complains about him to me. She tries to hit me

16. Lisa Bezos has a mind control company in which is hidden that is licensed from the American Government

17. I need an assistant because I cannot make phone calls as it hurts my brain, ears and ligaments.

18. Ned Lamont had the opportunity to listen in the dark about me with Susan By and John Larson at the military station in Groton, CT, West Hartford, CT and their homes through a secret power line.

19.  The story is a factual story. Just because I explain the frivolous tactics and feelings of the individuals does not mean my side of the story is frivolous. The world did face a serious and dangerous pandemic that destroyed the emotional health of many individuals. The government required people to be and act emotionless at work without empathy or compassion, which is wrongful Hitler tactics.

20. You can look up Jeff and Mark Bezos' Aerospace operations website (citation) https://www.blueorigin.com/ and get yourself familiar with what he is doing and has. I have been denied and cannot pay for the court fees because he set it up that way for control when everyone else already has their own debt and expenses and can't share with me. The tumor makes my head, ears and body ligaments because the tumor is an access point for Jeff Bezos and the rest to reach me from his satellites.

21. You can also look up Elon Musk's Aerospace operations website https://www.spacex.com/ to get yourself familiar

22. These are the technologies they use to connect to the universe through space and earth.

23. Everyone watched me and gave me a condescending attitude, which is an attempt to murder. I was not treated fairly, kindly, or just and they are easily letting people die.

24. The Kardashian and Jenner Family in Los Angeles California were hired to distract the United States for Jeff Bezos and Elon Musk as I was pinned against them. I was offered no help but to sue them while attempting to murder me.

25. Relief: Sue for the parties entire net worth or $1 Trillion each

3. The day that I had court at 95 Washington st. Hartford, CT I was hit in my head through Jeff Bezos satellite system and couldn't see or open my eyes. I was attacked by him to not show up to court and would like the chance to have my court case taken seriously and receive relief as the situation continued to get worse. I was not aware that I would not be helped faster without waiting for court. I expected at the least for the authorities to stop the predators and the situation so I wouldn't get hurt. I would like to be considered as an actual person instead of a product. I would like to be acknowledged and respected so that I am able to be considered to live. That was taken away and I would like that to be acknowledged. I apologize if it seemed out of the ordinary to do that as it was just simply an emergency injury. It took me a lot just to get out of the home and was unaware that I could've requested to have a zoom hearing which really would've helped me at the time.

4. These individuals hired a criminal defense team as a hidden celebrity crew at Normani Hamilton's house in a secret service structured way so that it could seem frivolous or too sick to show up. I was unable to fully read as much or quickly at the time because the point of them was damaging my brain through a brain tumor so that I could be devalued and disabled.

5. I wasn't offered immediate help by any authority and all I asked for was this stop at first. Nothing happened as I received zero relief.

6. I was threatened and condescended at the Attorney General's office when I told and by the Criminal court building.

7. It's not my job to convince you of the American's extremist industry that they are in, which there is proof that the Connecticut and United States government

8. The police in Connecticut watched me get hurt and consistently reported to them about the issue as confirmed and told me to tell the FBI, the State's attorney's office or criminal court instead of helping me.

9. This could've already been resolved.

10. They did a criminal defense system against me to devoid me. I would like empathy towards my situation. I have been unable to work and blacklisted from working. The fact that I told and reported them made them attack and damage me more.

11.  Jerome Powell, Mark and Jeff Bezos forced me out of the workforce because they couldn't stand to see me get attacked, followed and sexually harassed every single day. They just couldn't stand it anymore and hacked me out of the job and told me to sue and join them.

12. Kamala Harris was in the system and was only trying to play around, flirt and have sex on the job against her white husband, in which she was displeased with. Kamala Harris was the main subject trying to murder me because she was excluded from the Presidency for her hidden ways.

13.  Mark Bezos is blackmailing Kamala Harris for cheating on her husband with him by begging him to flirt and meet up just because of her  wanting the same attention from her that he gave to me. Mark Bezos wouldn't cheat with her in person and forced her to be enraged with jealousy.

14. MacKenzie Scott is completely insane after she lost her marriage to Jeff Bezos. She bothered me everyday to decapitate my brain so that Jeff wouldn't pay more money to me than what she received from her divorce settlement.

15. Lauren Sanchez has a machine in Jeff Bezos' basement that she likes to sneak while he works and talk to me for "woman talk" and tells me Jeff's secrets and flaws and constantly complains about him to me. She tries to hit me

16. Lisa Bezos has a mind control company in which is hidden that is licensed from the American Government

17. I need an assistant because I cannot make phone calls as it hurts my brain, ears and ligaments.

18. Ned Lamont had the opportunity to listen in the dark about me with Susan By and John Larson at the military station in Groton, CT, West Hartford, CT and their homes through a secret power line.

19.  The story is a factual story. Just because I explain the frivolous tactics and feelings of the individuals does not mean my side of the story is frivolous. The world did face a serious and dangerous pandemic that destroyed the emotional health of many individuals. The government required people to be and act emotionless at work without empathy or compassion, which is wrongful Hitler tactics.

20. You can look up Jeff and Mark Bezos' Aerospace operations website (citation) https://www.blueorigin.com/ and get yourself familiar with what he is doing and has. I have been denied and cannot pay for the court fees because he set it up that way for control when everyone else already has their own debt and expenses and can't share with me. The tumor makes my head, ears and body ligaments because the tumor is an access point for Jeff Bezos and the rest to reach me from his satellites.

21. You can also look up Elon Musk's Aerospace operations website https://www.spacex.com/ to get yourself familiar

22. These are the technologies they use to connect to the universe through space and earth.

23. Everyone watched me and gave me a condescending attitude, which is an attempt to murder. I was not treated fairly, kindly, or just and they are easily letting people die.

24. The Kardashian and Jenner Family in Los Angeles California were hired to distract the United States for Jeff Bezos and Elon Musk as I was pinned against them. I was offered no help but to sue them while attempting to murder me.

25. Relief: Sue for the parties entire net worth or $1 Trillion each

Anna Sullivan


Please regard my other notes as I have a shattered skull. Have compassion and empathy with me during this situation as you know you would have compassion with yourself. You can find all of the equipment that the parties have by asking them and sending a request to have Jeff Bezos and Elon Musk defaulted so that they cannot hurt anyone anymore because they just added a huge new Hartford Healthcare facility in Hartford, CT to start making more people sick and going down a never ending medical process. I don't believe that they're going to cure or fix people all the way and let them pass away or remain with chronic diseases and pain to stretch out his own life span and money for the rest of his and his kids' life. Jeff Bezos is trying to keep people in the crawl space of his mother's home.


11 Indian Creek Road Miami, Florida 33154

12 Indian Creek Road Miami, Florida 33154

28 Indian Creek Road Miami, Florida 33154


Jeff is not sane and he has no desire to change. If he doesn't get caught, he is just going to laugh and hurt people more.


I am welcoming you to a zoom call to resolve this


Anna Sullivan

6/16/25, 11:24 AM                     Sullivan, Anna E (MR # 1000192817) DOB: 06/06/1988 Encounter Date: 01/03/2025

# Sullivan, Anna E                                                    MRN: 1000192817

**Consult** 1/3/2025                 Provider: Steven S Smith, MD (Surgery, Plastic & Reconstructive)
Hartford HealthCare Medical          Primary diagnosis: Acne keloidalis nuchae
Group Plastic & Reconstructive       Reason for Visit: Consult; Referred by Kathryn Horman, PA-C
Surgery Glastonbury

## Progress Notes                      Steven S Smith, MD (Physician) • Surgery, Plastic & Reconstructive

Anna E Sullivan is a 36-year-old woman with what she describes as a cyst spattering through her scalp causing loss of hair. She describes having hair follicles get trapped within the skin that when she pulls them through individually demonstrate regular appearing hairs. She is hopeful that I can remove a cyst and make all of her hair growth normally. I reviewed my thoughts regarding the diagnosis of AKN and its treatment involving local wound care versus wide scalp excision and skin grafting leaving. I explained this would leave her with a large area of permanent alopecia. She went on to describe what she believes are the reasons of how this came about and what are all of the issues involved leading to this chronic problem in her scalp.

She informed me that she is involved in some type of governmental study associated with COVID and its associated complications. She believes there is some connection to COVID and the buildup of mucus in the lungs causing these systemic problems. She described a cordlike structure which extends from her groin across her axilla up the side of her face and into the scalp pushing up the tissues and possibly the brain. She explained to me that she believes there are ongoing studies related to the connections of COVID to these types of chronic problems. She wanted me to make sure that I documented that Ned Lamont, the governor of Connecticut is somehow involved in clandestine arrangements between hospitals and state funding to maximize hospitalizations. She believes that these arrangements are related to high death rates and in fact her scalp condition which could have been prevented.

I informed Ms. Sullivan that I am unaware of any of these governmental studies or the relationship of COVID to a what appears to me to be a very well-known condition of the scalp.

After checking out, the patient sent me the following note. **"The skin graft picture has a tumor still there that is being pushed up by the breathing and swallowing of the chest. The air helps that live so the hair will grow back. This allows the tumor/cancer to still live and reproduce. Cancer tumors or living microorganisms that reproduce in the body. They hacked the 2 back bone areas of the skull. The 2 back points to reach and pain the body. The body can have the cancer spread there by the tumor pressuring the bones and grinds people's flesh and disintegrate."**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety state, unspecified *Anxiety: 2014-07-16 00:03:19* | |
| • Contact dermatitis and other eczema, due to unspecified cause *History of dermatitis: 2014-07-16 00:03:19* | |
| • Lumbago *Back Pain: 2014-07-11 13:24:33* | |
| • Lumbago *History of low back pain: 2014-07-16 00:03:19* | |
| • Other acquired deformities of knee *Acquired deformity of knee: 2014-07-16 00:03:20* | |
| • Other bursitis disorders *History of bursitis: 2014-07-16 00:03:19* | |
| • Pain in joint, lower leg *Joint pain, knee: 2014-07-16 00:03:19* | |
| • Pain in joint, lower leg *Patellofemoral syndrome: 2014-07-16 00:03:20* | |

JAN   FEB   MAR   APR   MAY   JUN   JUL   AUG   SEP  (OCT)  NOV   DEC

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19 (20) 21  22  23  24  25  26  27  28  29  30  31

| | | | |
|---|---|---|---|
| 3:24 | CV-0194-KAD | Musk | closed |
| 3:24 | CV-01863-KAD | Graham | closed |
| 3:24 | CV-01862-KAD | Scott | Closed |
| 3:24 | CV-01860-KAD | Jenner | closed |
| 3:24 | CV-01857-KAD | Kardashian | Closed |
| 3:24 | CV-01857-KAD | Powell | Closed |
| 3:24 | CV-01836-KAD | Bezos | Closed |
| 3:24 | CV- | W HTFD PD2 | closed |
| 3:24 | CV-01578-KAD | HTFD Hosp | closed |
| 3:24 | CV-0158-KAD | Harris | closed |
| 3:24 | CV-01390-KAD | Bezos | closed |
| 3:24 | CV-01003-OAW | Lamont | closed. |